**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-2054**

---

JAMES PETER RAIBLE,

                              Plaintiff - Appellant,

        versus

JOHN CAMPBELL, Major,

                              Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville. Terrence W. Boyle, District Judge. (CA-94-35-4-BO)

---

Submitted:  May 1, 1997                    Decided:  May 7, 1997

---

Before WIDENER and MURNAGHAN, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

James Peter Raible, Appellant Pro Se.  Charles E. Simpson, Jr., HARRIS, SHIELDS & CREECH, New Bern, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his action with prejudice for failure to comply with discovery orders. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Raible v. Campbell</u>, No. CA-94-35-4-BO (E.D.N.C. June 26, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2